STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-586 consolidated with CA 04-584 & CA 04-585


TERRY M. CROY, INDIV., ET AL.

VERSUS

LIBERTY MUTUAL INSURANCE CO., ET AL.


**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 178,614 C/W
HONORABLE WILLIAM ROSS FOOTE, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Billy Howard Ezell, Judges.

AFFIRMED AS AMENDED.


James A. Bolen, Jr.
Gregory Engelsman
Bolen, Parker, & Brenner, LTD
P. O. Box 11590
Alexandria, LA 71315-1590
(318) 445-8236
Counsel for Defendants/Appellees:
Hixson Hopkins Autoplex
Liberty Mutual Insurance Company

**Roy Seale Halcomb, Jr.**
**Broussard, Bolton, Halcomb**
**P. O. Box 1311**
**Alexandria, LA 71309**
**(318) 487-4589**
**Counsel for Secondary Plaintiffs/Appellants:**
**Brian Croy (in cons. case)**
**Gerald Alan Croy (in cons. case)**
**Kathy Stanley (in cons. case)**
**Twyla Tanner (in cons. case)**

**Larry Alan Stewart**
**Stafford, Stewart & Potter**
**P. O. Box 1711**
**Alexandria, LA 71301**
**(318) 487-4910**
**Counsel for Defendant/Appellee:**
**Dennis Stephenson**

**Steven Patrick Mansour**
**Attorney at Law**
**P. O. Box 13557**
**Alexandria, LA 71315**
**(318) 442-4855**
**Counsel for Secondary Plaintiff/Appellant:**
**Christopher Sims (in cons. case)**

**Randall Brian Keiser**
**Keiser, Auzenne & Boudreaux**
**P.O. Box 12358**
**Alexandria, LA 71315-2394**
**(318) 443-6168**
**Counsel for Defendant/Appellant:**
**City of Pineville**

**W. Jay Luneau**
**Luneau Law Office**
**1239 Jackson St.**
**Alexandria, LA 71301**
**(318) 767-1161**
**Counsel for Secondary Plaintiff/Appellant:**
**Terry M. Croy**

**Stacy Christopher Auzenne**
**Auzenne Law Firm**
**3600 Jackson Street**
**Alexandria, LA 71303**
**(318) 880-0087**
**Counsel for Defendant/ Appellant:**
**City of Pineville**

**EZELL, JUDGE**.

For the reasons expressed in the consolidated case of *Christopher Sims v. Liberty Mutual Insurance Co. et al*, 04-585, (La.App. 3 Cir. __/__/__), ___So.2d.___ the judgment of the trial court is affirmed as amended.

**AFFIRMED AS AMENDED.**